UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD CLIFTON DAVIS, | No. 2:22-cv-00407-TLN-JDP |
| Plaintiff, | |
| v. | ORDER |
| RICK HILL, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

ORDERED that:

1. The findings and recommendations filed April 27, 2023 (ECF No. 16), are ADOPTED IN FULL;

2. This action is DISMISSED for failure to prosecute, failure to comply with court orders, and failure to state a claim, for the reasons set forth in the December 14, 2022 and March 3, 2023 orders; and

3. The Clerk of Court is directed to close the case.

Date:  June 12, 2023

*[signature]*

Troy L. Nunley
United States District Judge